UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BAO QUOC VU,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WARDEN, ET AL.,<br><br>　　　Respondents. | No. 1:25-cv-01631-WBS-JDP<br><br><br><br>ORDER |

----oo0oo----

　　　Counsel for the Respondents is ORDERED to file their opposition to Petitioner's Motion for Preliminary Injunction (Docket No. 11) on or before January 15, 2026.  Counsel for Petitioner may file his reply on or before January 21, 2026.  The court will hold a hearing on Petitioner's Motion for Preliminary Injunction on January 26, 2026, at 1:30 p.m. in Courtroom 5 of the Robert T. Matsui United States Courthouse at 501 I Street, Sacramento, California.  Personal appearances by counsel are required.

1

```
            IT IS SO ORDERED.

Dated:  December 22, 2025
                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
```